# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| Frank Kriegbaum, Reg. No. 48704-380, Movant, v. United States of America, Respondant. | Case No. EP-14-CR-1400-FM-1 <br><br> Motion to Proceed In Forma Pauperis |

FILED 2017 OCT 10 PM 5:31

The Movant, Frank Kriegbaum, asks this Court for permission to proceed with his appeal to the Fifth Circuit Court of Appeals In Forma Pauperis, as he is an incarcerated inmate who is without funds to pay the fees for filing his appeal. The movant has filed a notice of appeal and the Clerk of Court for the Fifth Circuit has instructed that he file this motion.

1

Respectfully submitted,

*Frank Kriegbaum*

Frank Kriegbaum
48704-380
FCC USP II
Box 1034
Coleman, FL 33521

Dated this 5th day of Oct. 2017

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| Frank Kriegbaum, Reg. No. 48704-380, Movant, v. United States of America, Respondant, | Case No. EP-14-CR-1400-FM Declaration of FRANK KRIEGBAUM |

FILED 2017 OCT 10 PM 5:31

I Frank Kriegbaum declare the following: I am currently housed at USP II in Coleman FL. The institution is currently on lockdown for an indetermined amount of time. I am unable to do any legal research as I have no access to the law library or typewriters. I have very little knowledge of the rules of appellate proceedure and ask to be appointed counsel for my appeal.

Respectfully submitted

Dated Oct. 5, 2017

Frank Kriegbaum Pro Se

48704-380

FCC USP II
Box 1034
Coleman, FL 33521

I declare under penalty of perjury that the following documents: Declaration of Frank Kriegbaum, Motion to proceed in forma pauperis,

were placed in the prison mailing system on Oct, 5th, 2017.

Executed on 8-5-17

Frank Kriegbaum
48704-380
FCC USP II
Box 1034
Coleman, FL 33521

Frank Kriegbaum
48704-380
Federal Correction Complex
USP II
Box 1034
Coleman, FL. 33521

SCREENED OCT 11

Clerk of Court
525 Magoffin Ave.
El Paso, Texas 79901

79901-257799

TAMPA FL 335
SAINT PETERSBURG FL
06 OCT 2017 PM 4 L